AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
THE SEARCH OF THE PERSON OF VICTOR ARMANDO ) Case No. 23-SW-369
SIMMS A/K/A STACY PATRICK SIMMS LOCATED AT )
1901 E STREET SE, DISTRICT OF COLUMBIA, 20003 )
UNDER RULE 41

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorporated by reference)

Located within the jurisdiction of the District of Columbia, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) | Possession of a Firearm and Ammunition by a Person Convicted of an Offense Punishable by a Term of Imprisonment Exceeding One Year. |

The application is based on these facts:
See Affidavit in Support of Application for Search Warrant.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Kelly McLeod*
_____
Applicant's signature

Kelly McLeod, Special Agent
_____
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone _____ *(specify reliable electronic means)*.

Date: 11/6/2023

_____
Judge's signature

City and state: Washington, D.C.

Robin M. Meriweather
(United States Magistrate Judge)

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means  ☑ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>THE SEARCH OF THE PERSON OF VICTOR ARMANDO SIMMS A/K/A STACY PATRICK SIMMS LOCATED AT 1901 E STREET SE, DISTRICT OF COLUMBIA, 20003 UNDER RULE 41 | Case No. 23-SW-369 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located within the jurisdiction of the District of Columbia.
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorporated by reference).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference).

**YOU ARE COMMANDED** to execute this warrant on or before   November 19, 2023   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Robin M. Meriweather  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   11/6/2023   
*Judge's signature*

City and state:   Washington, D.C.   Robin M. Meriweather
United States Magistrate Judge

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>23-SW-369 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| **Certification** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br><br>Date: _____<br><br><br>                                     _____<br>                                      *Executing officer's signature*<br><br>                                     _____<br>                                      *Printed name and title* |

# ATTACHMENT A

*Person to be Searched*

The person to be searched is Victor Armando Simms, DOB 06/22/1969, FBI# 804892DB2. Simms is a 53-year-old black[1] male, DOB 06/22/1969, with black hair and brown eyes. He is approximately 5'08" inches in height and weighs approximately 247 pounds. Simms is currently incarcerated at the District of Columbia Correctional Treatment Facility, located at 1901 E Street, Southeast, Washington, DC 20003.



---

[1] Simms's ethnicity is listed as "Hispanic" in records provided by the District of Columbia Correctional Treatment Facility. His booking information and criminal history report provided in February 2023 list his ethnicity as "Black."

## ATTACHMENT B

*Property to be seized from person of Victor Armando Simms*

All items constituting evidence, fruits, and/or instrumentalities of a violation of 18 U.S.C. § 922(g), Possession of a Firearm and Ammunition by a Person Convicted of an Offense Punishable by a Term of Imprisonment Exceeding One Year (hereinafter, the "SUBJECT OFFENSE"), by Victor Armando Simms, as described in the search warrant affidavit, including, but not limited to, the following:

a. A sample of the deoxyribonucleic acid ("DNA") of the person identified in Attachment A to be collected via buccal or oral swab in accordance with established procedures, and to be analyzed forensically in accordance with the applicable, valid established procedures.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT OF ONE PERSON LOCATED AT 1901 E STREET SE, DISTRICT OF COLUMBIA, 20003 UNDER RULE 41 | Case No. 23-SW- 369 |

**AFFIDAVIT IN SUPPORT OF APPLICATION
UNDER RULE 41 FOR WARRANT TO SEARCH AND SEIZE**

I, Kelly McLeod ("Affiant"), a Special Agent with the Federal Bureau of Investigation ("FBI"), being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing a search of the person of Victor Armando Simms ("Simms") and the seizure of a sample of Simms's deoxyribonucleic acid ("DNA") to be collected via buccal or oral swab in accordance with established procedures, and to be analyzed forensically in accordance with the applicable, valid established procedures.

2. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since September 2019. I am currently assigned to the FBI Washington Field Office (WFO) Child Exploitation and Human Trafficking Task Force (CEHTTF), where I investigate crimes involving the sexual exploitation of children, including but not limited to, the production, distribution/receipt of child pornography as well as the sex trafficking of minors. As a Special Agent with the FBI, I have received training on investigative techniques related to crimes involving the sexual exploitation of children, including obtaining and analyzing digital records, analyzing stored digital media, and the application for and execution of search and arrest warrants. I have conducted and assisted in federal child exploitation investigations and participated in the execution of search

warrants in support of child exploitation investigations. As a federal agent, I am authorized to investigate violations of laws of the United States, and as a law enforcement officer, I am authorized to execute warrants issued under the authority of the United States. I am an "investigative or law enforcement officer," within the meaning of Title 18, United States Code, § 2510(7), empowered by law to conduct investigations and make arrests for crimes in violation of the laws of the United States and to execute warrants issued under the authority of the United States. Additionally, I am a member of the FBI Washington Field Office Evidence Response Team, and have received training in forensics, DNA and latent print collection, crime scene photography, and evidence collection techniques.

3. Through my training and employment, I am also familiar with the fact that each person has a unique DNA composition. DNA isolated from blood, hair, skin cells, or other genetic evidence left at the scene of a crime or left on evidence of a crime can be compared with the DNA of an individual to identify an individual as a potential suspect or exclude an individual as a potential suspect.

4. I base the facts set forth in this affidavit upon my personal knowledge, information obtained during my participation in this investigation, review of documents to include business records and official government records, knowledge obtained from other individuals including law enforcement personnel, and communications with others who have personal knowledge of the events and circumstances described herein.  Because this affidavit is being submitted for the limited purpose of a search warrant for a buccal swab of Victor Armando Simms, I have not set forth every fact learned during this investigation.  On this basis, and on the basis of other information your affiant has reviewed and determine to be reliable, I allege the facts to show there is probable cause to believe that evidence of a violation of Possession of a Firearm and

Ammunition by a Person Convicted of an Offense Punishable by a Term of Imprisonment Exceeding One Year, in violation of 18 U.S.C. § 922(g) (hereinafter, the "SUBJECT OFFENSE"), will be found located in the cheek/saliva (buccal swab[2]) of Simms.

## PROBABLE CAUSE

5. On January 15, 2023, the Metropolitan Police Department (MPD) received a call regarding a criminal sexual assault of a child at 3324 13th Street, Southeast, Washington, D.C. Upon arriving at the scene, law enforcement was met by Witness 1, who reported that earlier in the day her niece (hereinafter "Minor Victim 2") told her mother (hereinafter "Witness 2") that she observed a video on an iPad belonging to Victor Simms ("Simms") that showed Simms placing his penis on the buttocks of a prepubescent minor female (hereinafter "Minor Victim 1"). Additionally, Witness 1 said that Minor Victim 2 observed pictures showing Minor Victim 1 fully naked on Simms's iPad. Witness 1 and Witness 2 are sisters. Minor Victim 1 is the child of Witness 1, and Minor Victim 2 is the child of Witness 2. Law enforcement interviewed Witness 1. According to Witness 1, Minor Victim 1 was staying with her godfather, Victor Simms. Witness 1 stated that Simms had been caring for Minor Victim 1 since she was five years old. Minor Victim 1 would occasionally spend the night at his home located at 3316 13th Street, Southeast, #301, Washington, D.C.

5. Witness 1 reported that she received an urgent message from her sister, Witness 2, explaining that something happened with Minor Victim 1 and Simms. Following a conversation,

---

[2] As the Supreme Court has recognized, a "buccal swab" is a "common procedure" that involves "wiping a small piece of filter paper or a cotton swab similar to a Q-tip against the inside cheek of an individual's mouth to collect some skin cells." *Maryland v. King*, 133 S. Ct. 1958, 1967-68 (2013). This procedure is "quick and painless" and poses "no threat to the health or safety" of a defendant. *Id*. at 1968.

Witness 1 called Simms and asked him to meet her at Turner Elementary School to pick up Minor Victim 1. Witness 1 stated that when she met with Simms at Turner Elementary, she and Witness 2 asked to go to his residence to use the restroom. Before entering his apartment, Witness 1 instructed Minor Victim 1 to ask Simms for his iPad. Once inside the apartment, Witness 2 asked to use the restroom, and Minor Victim 1 asked Simms for his iPad. Witness 1 stated that she and Minor Victim 1 looked at the images on Simms's iPad, and observed images depicting Minor Victim 1 lying on a bed. Minor Victim 1 is wearing a shirt and no underwear. A portion of her buttocks are exposed in one of these images. Witness 1 said that she could not find the video of Simms placing his penis on Minor Victim 1's buttocks. Witness 1 stated she used her phone to take pictures of the images of Minor Victim 1 that were on Simms's iPad. Witness 1 stated that she, Minor Victim 1, and Witness 2 left Simms's residence without saying anything to him.

6. Once outside of Simms's residence, Witness 1 asked Minor Victim 1 if Simms had ever done anything to her. Minor Victim 1 responded that Simms placed his "private part" in her anus while she was inside his residence. Witness 1 stated that she called the police.

7. Once the police arrived, Witness 1 called Simms and asked for assistance with her car outside for the purpose of getting him outside of the house. After exiting his residence, Simms then entered and started a 2019 black Chevy Blazer and drove that vehicle to the middle of the street, ostensibly to be in closer proximity to Witness 1's vehicle for the purpose of assisting her.

8. Law enforcement then detained Simms as he was standing between the Chevy Blazer and Witness 1's vehicle. On January 15, 2023, Simms was formally placed under arrest and charged by complaint with one count of First Degree Child Sexual Abuse in D.C. Superior Court case 2023-CF1-289.[3]

---

[3] Case 2023-CF1-289 was dismissed by the United States after related charges were filed in D.C. District court.

14. After being read his Miranda rights, Simms indicated that he wanted an attorney and declined to speak with law enforcement. A search of law enforcement databases revealed that the defendant was born in 1969 and is a registered sex offender due to a prior 2005 North Carolina Conviction.

15. Upon further investigation, your affiant has learned that Simms has a prior conviction punishable by a term of more than one year, that is, in North Carolina cases 2004CRS070695, 2004CRS070696, and 2004CRS52022 Simms was found guilty of violating North Carolina General Statute § 14-318.4(a2), Felony Child Abuse - Sexual Act, and North Carolina General Statute § 14-202.1, Indecent Liberties with a Child. He was sentenced on December 9, 2005, to a suspended sentence of 25 to 39 months incarceration, followed by 16 to 20 months incarceration.

16. A review of Simms's driver's license information and booking information revealed that Simms is a 53-year-old male, is approximately 5'8" in height, and is approximately 250 lbs. Simms's criminal history and booking information, provided on February 3, 2023, lists his ethnicity as "Black", and he has a light complexion consistent with that of a light-skin black male. Simms has black hair and a heavy build with a circular tattoo on his upper right chest that appears to be blue, green, black, and red in color.

17. On January 17, 2023, a search warrant, 23-SW-8, authorizing a search of the residence occupied by Simms, located at 3316 13th Street #301, Southeast, Washington DC, was issued by the Honorable Zia M. Faruqui, United States Magistrate Judge, United States District Court for the District of Columbia. The search warrant was executed by the FBI's Child Exploitation and Human Trafficking Task Force (CEHTTF) and authorized the search and seizure

of, among other things, "electronic storage media or digital devices used in the commission of, or to facilitate, the sexual exploitation of a child and possession of child pornography….".

18. During the January 17, 2023, search of the residence, law enforcement recovered multiple electronic devices as authorized by warrant and also observed the interior of Simms's residence.

19. As part of the child exploitation investigation, your affiant then drafted a search warrant based on probable cause to believe that violations of 18 U.S.C. § 2423(a), Transportation of a Minor in Interstate Commerce for the Purpose of Criminal Sexual Activity, and 18 U.S.C. § 2251(a), Sexual Exploitation of Children, had been committed by Victor Armando Simms, and that his vehicle, a 2019 Chevy Blazer, black in color, bearing Maryland personalized license plate of "0I101I0," Vehicle Identification Number (VIN) 3GNKBJRS8KS609689, was used in the violation of those offenses. A check of a law enforcement database indicates that the vehicle was purchased by Simms on May 8, 2019, and was registered by "Victor Armando Simms" in Maryland on May 25, 2019. Law enforcement confirmed that there are no other vehicles currently registered to Simms in Maryland, Washington D.C., or Virginia.

20. On March 16, 2023, a Search and Seizure Warrant, 23-SW-59, authorizing the search and seizure of Simms's vehicle was issued by the Honorable Zia M. Faruqui, United States Magistrate Judge, United States District Court for the District of Columbia. On March 24, 2023, law enforcement officers assigned to the FBI's CEHT Task Force executed the search of the vehicle at an FBI Washington Field Office facility located at 2800 V Street, Northeast, Washington, DC 20018. Through the course of the search, agents observed a Maryland Driver's license issued to Victor Armando Simms, a wallet with various membership cards issued to Victor Simms, and a keychain with Simms's picture attached to it. Agents also located a Taurus G3 pistol,

Serial Number ACC617549, with one magazine inside of the firearm containing 14 rounds of .9mm ammunition. The firearm was located underneath the front passenger seat of the vehicle. The firearm was removed from the vehicle, rendered safe, photographed, and packaged in accordance with FBI policy. The firearm is stored at the FBI Washington Field Office Evidence Control Room.

21. In speaking with other law enforcement officers present during the execution of the search at Simms's residence on January 17, 2023, your affiant knows that a gun box was observed. However, no firearms were located during the execution of the search of Simms's residence.

22. On April 6, 2023, your affiant checked out the Taurus G3 firearm from the Washington Field Office Evidence Control room and collected two swabs from the firearm, magazine, and ammunition for possible DNA evidence. The swabs will be delivered to the FBI Laboratory for DNA analysis to be utilized in comparison to DNA collected from Simms.

23. Simms is currently detained within the District of Columbia.

## CONCLUSION

24. Based upon the above-referenced facts, your affiant submits that there is probable cause to believe that evidence of the SUBJECT OFFENSE will be located in the cheek/saliva (buccal swab) of Simms.

Respectfully submitted,

*Kelly McLeod*

Kelly McLeod
Special Agent
Federal Bureau of Investigation

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on November 6, 2023.

_____
HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE